IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY KING                                                                                              PETITIONER

v.                                    No. 5:05CV00106 GH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## **ORDER**

Petitioner's June 27th request (#24) for a certificate of appealability pursuant to 28 U.S.C. §2253(c)(1) is denied. Petitioner has simply not made a substantial showing of the denial of a federal constitutional right. See, Hunter v. Bowersox, 172 F.3d 1016 (8th Cir. 1999). See also, Garrett v. United States, 211 F.3d 1075, 1076-1077 (8th Cir. 2000); Cox v. Norris, 133 F.3d 565, 569 (8th Cir.1997), cert. denied, 525 U.S. 834, 119 S.Ct. 89, 142 L.Ed.2d 70 (1998). "A substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." Id.

In addition, petitioner's June 15th motion (#18) for jury trial and his June 15th motion (#19) for issuance of subpoena for LaShundra Wynn are denied.

IT IS SO ORDERED this 6th day of July, 2005.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE